NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**MARCO A. BOCCATO, OSB #103437**
Assistant United States Attorney
Marco.Boccato@usdoj.gov
310 West Sixth Street
Medford, OR 97501
Telephone: (541) 776-3654
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## MEDFORD DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 1:24-mj-101-CL |
| v. | MOTION TO UNSEAL CRIMINAL COMPLAINT AND KEEP AFFIDAVIT |
| **MATTHEW RYAN PIERPOINT,** | IN SUPPORT OF COMPLAINT SEALED |
| **Defendant.** | <u>UNDER SEAL</u> |

The United States of America moves the Court for an order unsealing the Criminal Complaint and keeping the Affidavit in support of the Complaint, this motion and subsequent Order sealed for the reason that disclosure of the information at this time may result in the destruction of or tampering with evidence, intimidation of potential witnesses, and/or otherwise seriously jeopardize an investigation.

The government further requests that the government be authorized to provide copies of the Complaint Affidavit, Complaint, Arrest Warrant, and any further pleadings to attorneys for any defendants in this case as part of its discovery obligations.

Dated this 24th day of May, 2024.

>Respectfully submitted,
>
>NATALIE K. WIGHT
>United States Attorney
>
>/s/ Marco A. Boccato
>**MARCO A. BOCCATO, OSB#103437**
>Assistant United States Attorney